■ In the Matter of LAURA M. SCHULTZ, Appellant, v KARL F. SCHULTZ, Respondent. (Appeal No. 1.) [966 NYS2d 736]—Appeal from an order of the Family Court, Erie County (Sharon M. LoVallo, J.), entered January 19, 2012. The order dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Schultz v Schultz* ([appeal No. 2] 107 AD3d 1616 [2013]). Present—Centra, J.P., Peradotto, Sconiers, Valentino and Whalen, JJ.